[No. 64032-1-I. Division One. May 9, 2011.]

WROUGHT CORPORATION, INC., *Appellant*, v. MARIO INTERIANO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-26071-4, Mary Yu, J., entered July 14, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.

[No. 64108-5-I. Division One. May 9, 2011.]

OAK HARBOR EDUCATION ASSOCIATION, *Appellant*, v. OAK HARBOR SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 07-2-00654-5, Alan R. Hancock, J., entered August 4, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Ellington, J.

[No. 64281-2-I. Division One. May 9, 2011.]

MARIO LAPLANT ET AL., *Respondents*, v. SNOHOMISH COUNTY ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-11998-3, Larry E. McKeeman, J., entered October 8, 2009. *Reversed* and *remanded* by unpublished opinion per Leach, A.C.J., concurred in by Lau and Spearman, JJ.

[No. 64382-7-I. Division One. May 9, 2011.]

*In the Matter of the Marriage of* TAMRA K. ROBINSON, *Appellant*, and TERRY LEV ROBINSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-06023-7, Dean Scott Lum, J., entered October 2, 2009. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.